OLD LEWIS HUNTER DISTILLERY COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 8933.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1942.

Dan E. Fowler, of Lexington, Ky., and Oldham Clarke, of Louisville, Ky., for petitioner.

Samuel O. Clark, Jr., Sewall Key, J. P. Wenchel, Charles E. Lowery, J. Louis Monarch, and Louise Foster, all of Washington, D. C., for respondent.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

## PER CURIAM.

On the findings and opinion of the Board of Tax Appeals, and on the principles an-

nounced by this court in Franklin County Distilling Company, Inc., v. Commissioner of Internal Revenue, 6 Cir., 125 F.2d 800, this day decided, the decision of the Board of Tax Appeals is affirmed.